UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.        Case No: 6:20-cv-1262-Orl-37LRH

SPECTRUM, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 15) filed September 9, 2020. No answer has been filed. Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** with prejudice. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 15, 2020.



ROY B. DALTON JR.
United States District Judge

Copies:    Counsel of Record